IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CV-00343-M-KS

MARY BORDEAUX CRAVEN,

    Plaintiff,

v.

FRANK J. BISIGNANO,
*Commissioner of Social Security*,

    Defendant.

ORDER

    This matter comes before the court on the Memorandum and Recommendation ("M&R") entered by Magistrate Judge Kimberly A. Swank [DE 18]. Judge Swank recommends that the final decision of the Commissioner be remanded for further proceedings. *Id.* at 13. The M&R, along with instructions and a deadline for filing objections, was served on the parties on August 1, 2025. *See id.* Neither party filed a timely objection.

    A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d at 315. For the reasons stated therein, the final decision of the Commissioner is REVERSED and REMANDED for proceedings consistent with this order. The Clerk of Court is DIRECTED to close this case.

SO ORDERED this 22d day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE